450 A.2d 1045

Kline, Jr., Appellant v. Kline.
Petition for Allowance of Appeal
Denied Dec. 1, 1982.

Argued November 6, 1981. Penn B. Glazier, for appellant; Michael W. Babic, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Appeal quashed.

· 450 A.2d 1045

Liverant, Senft and Cohen v. Vogel et al., Appellants.

 Submitted March 6, 1980. Henry Vogel, appellant, in propria persona; Etta Vogel, appellant, in propria persona; Robert J. Stewart, for appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

Order affirmed.